## File Hashes for IP Address 98.109.28.250

**ISP:** Verizon FiOS
**Physical Location:** Hoboken, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/16/2014 11:36:50 | 67D8723F0E28AE1CAC8572FBCAF7334CCAC075B2 | Breakfast At Eves |
| 08/07/2014 05:13:05 | 8E2ABD766FAD8E3A12FC302B013932415FDDD6FD | Paint Me Beautiful |
| 08/04/2014 11:02:35 | BB284832DA311406D9C957B9C9E49DA6023B783F | Give Me More Part 2 |
| 08/04/2014 05:58:08 | C0B193093F20C427BC9A3FDE6136381BE1A87B9E | Rock Me Baby |
| 07/31/2014 09:28:59 | 219F3C676427D47A0AFD296992A3DBEBEC81068C | Highrise Rendezvous |
| 07/17/2014 09:17:30 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 06/30/2014 23:33:31 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 06/13/2014 22:13:02 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 06/10/2014 02:58:50 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 06/10/2014 01:46:00 | 00C13D33EBDBEDD8A8A3E4DA68B9A33B614E20A9 | Blindfold Me Baby |
| 05/30/2014 05:20:26 | 2245EB2CF65B3C68746DD467777C1AC6AA7DA42E | A Thought of You Part 2 |
| 05/07/2014 05:42:58 | 3C7DD8FEFFE1AF59D6D826F33A824570776B024D | Brazilian Love Affair |
| 04/16/2014 23:10:33 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |
| 02/25/2014 18:54:06 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 02/11/2014 17:44:14 | 9FFB8F87830E308D8FF943CC4D2023975AF5C55F | Get Wild at Home |
| 02/06/2014 17:40:00 | 4EAF12772FE00F106FD91610E5325F1BFF87C75A | Three Way is the Best Way |
| 02/03/2014 21:30:08 | 5320BFD3FB93A574ACF86561A72115E9AD79320C | I Can Not Wait |
| 02/03/2014 08:33:12 | 0C6F9543794ABF412665C0D62D8F28937D07DB63 | A Hot Number |
| 02/02/2014 18:36:53 | 225411BA06B97B0EBC217138030D5E7863FFEBE4 | Risky Business |
| 01/13/2014 23:23:35 | F9C3B45B82048E905C64D131077F3E1EB533F919 | In for the Night |
| 12/15/2013 03:00:22 | 8361AF4F854BFCCE89B9DA0C275B2318D8562282 | Lying Around |
| 12/14/2013 22:10:42 | A4497ECB9761980BA2629CA7C31C0A241F02AC30 | Erotic Stretching and Sex |

EXHIBIT A

CNJ162

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/14/2013 21:32:01 | EA9871DB824159E8431575BE1EF3965DD0C6D0C6 | Good Night Kiss |
| 12/14/2013 18:59:42 | 2A425C2975427A8037691A0F1EF6F0D21CE2399E | I Love X Art |
| 12/06/2013 22:39:41 | FFAF87B8D7D5075155C6654DB4F380B866CAFD68 | Yoga in the Sky |
| 12/06/2013 22:36:41 | 5C264D398ECA83D827E875A759E51084260D8269 | So Right Its Wrong |
| 12/06/2013 17:12:01 | B2D808E8260CB9D92D0E6A6550A3BE3686A6F9B0 | I Want to Tell You |
| 11/27/2013 03:44:08 | 33D1AEA3B24A6B2F8E0AA369CADF8DCF763DC925 | No Hurry |
| 11/23/2013 08:50:31 | 36A186CB7087F918C2FA1F1379872C1BD62FBE17 | A Blonde in my Bedroom |
| 11/19/2013 07:06:36 | 38631B82079AD2E44E4BC518B3DCC2D569130CDA | Double Daydreams |
| 10/26/2013 10:26:25 | 029C713D278B344A4866B5504353933DD56CB315 | Bohemian Rhapsody |
| 09/28/2013 01:51:51 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 09/22/2013 18:35:41 | C49F43F5F99250E96CDA5007689956B1AD2A5F49 | Come Inside From the Cold |
| 09/22/2013 18:34:20 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 09/20/2013 09:15:35 | A4FF583B1C30EE9019278A95A6DD1E766C65F2FB | Let Me Take Your Picture |
| 09/16/2013 04:59:19 | A4AE6B2579DB805C3EA7AFACCD54B15824B9E111 | Party Boat |
| 09/14/2013 11:24:34 | D847B503DC06820BFE08A4DF2BD9CBAF7C5D1C31 | Two Boys and a Girl |
| 09/13/2013 23:35:07 | 42E971103CB6F4DF101C8982D0E122F5755324A0 | Rose Petals |

**Total Statutory Claims Against Defendant: 38**

EXHIBIT A

CNJ162